IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO. 1:12CR00064-2 |
| | ) | |
| SHIKYM R. WILLIAMS | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On February 20, 2013, the Court sentenced the Defendant to seventy-two (72) months confinement in the Bureau of Prisons. The Court also imposed a term of three (3) years supervised release, a $2,000 fine, and a $100 special assessment.

Upon receiving the current motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment is hereby GRANTED.

It is the judgment of this Court that the sentence of imprisonment imposed on February 20, 2013, is hereby reduced from a total term of seventy-two (72) months to a total term of sixty (60) months. All other terms shall remain in effect as originally imposed on February 20, 2013.

SO ORDERED this 5th day of November, 2015.

J. Randal Hall
United States District Judge